**Brandon WILLIAMS, Plaintiff— Appellant,**

v.

**PARHAM, Captain; Beaman, Ms.; L.T.; Scott, Ms.; L.T.; D. Simons, Superintendent, Defendants—Appellees.**

No. 08–8604.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 18, 2009.

Brandon Williams, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to pay the filing fee. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Williams' brief alleges no error committed by the district court. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*